UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY L. BLACK, | No. 2:21-cv-2228 KJN P |
| Petitioner, | |
| v. | ORDER |
| WARDEN PAUL THOMPSON, | |
| Respondent. | |

Petitioner is a federal prisoner, proceeding with a petition for writ of habeas corpus under 28 U.S.C. § 2241. On December 20, 2021, petitioner was granted thirty days in which to either file an application to proceed in forma pauperis, or to pay the $5.00 filing fee.

On January 18, 2022, petitioner filed the application, but he crossed out portions of the form, stating he wanted to pay the filing fee, and giving the court permission to take the $5.00 filing fee out of his prison trust account. However, the court does not have authority to deduct funds directly from a prisoner's trust account. Rather, plaintiff must request such deduction by appropriate prison officials, who will forward the payment to the court.

In accordance with the above, IT IS HEREBY ORDERED that plaintiff is granted thirty days from the date of this order in which to pay the court's filing fee.

Dated: January 25, 2022

blac2228.fee

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE