UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY L. BLACK, | No. 2:21-cv-2228 KJN P |
| Petitioner, | |
| v. | ORDER and FINDINGS AND RECOMMENDATIONS |
| WARDEN PAUL THOMPSON, | |
| Respondents. | |

Petitioner is a federal prisoner, proceeding with a petition for writ of habeas corpus under 28 U.S.C. § 2241. On December 20, 2021, petitioner was ordered to file a request to proceed in forma pauperis or pay the court's filing fee and was cautioned that failure to do so would result in a recommendation that this action be dismissed. (ECF No. 3 at 1.) On January 25, 2022, petitioner was granted thirty days in which to pay the court's filing fee. The thirty-day period has now expired, and petitioner has not responded to the court's order and has not paid the appropriate filing fee.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall assign a district judge to this case.

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days

1

after being served with these findings and recommendations, petitioner may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  March 4, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/blac2228.fpf